NUMBER
13-04-561-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

___________________________________________________________________

 

JAMES R. HARRIS, ET AL.,                                      Appellants,

 

                                           v.

 

ELISA RODRIGUEZ, ET AL.,                                        Appellee.

___________________________________________________________________

 

                  On
appeal from the 93rd 
District Court

                           of
Hidalgo County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

      Before
Chief Justice Valdez and Justices Hinojosa and Yañez

Memorandum Opinion Per Curiam

 








Appellants, JAMES R. HARRIS, ET AL., perfected an
appeal from an order entered by the 93rd District Court of Hidalgo County, Texas, in cause number C-1269-01-B-2.  After the record and briefs were filed and
after the cause was submitted to the Court, appellee filed a motion to dismiss
the appeal as moot.  Appellants have
filed a response to appellee=s motion. 

The Court, having considered the documents on file, appellee=s motion to dismiss
the appeal as moot, and appellants= response thereto,  is of the opinion that appellee=s  motion should be granted.  Appellee=s motion to dismiss is
granted, and the appeal is hereby DISMISSED AS MOOT.

PER CURIAM

Memorandum Opinion
delivered and filed this

the 6th
day of October, 2005.